UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **AARON HAMILTON** | **CIVIL ACTION NO. 07-2084** |
| **VS.** | **SECTION P** |
| **LYNN COOPER, WARDEN** | **JUDGE MELANÇON** |
| | **MAGISTRATE JUDGE METHVIN** |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because it fails to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 23rd day of May, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE